IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY MORGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PITNEY BOWES INC. )<br>)<br>Defendant. )<br>_____ ) | No. CV-06-1725-HU<br><br>FINDINGS & RECOMMENDATION |

David J. Hollander
HOLLANDER LEBENBAUM & GANNICOTT
1500 S.W. First Avenue
Suite 700
Portland, Oregon 97201-5860

    Attorney for Plaintiff

Carol J. Bernick
Nicholas A. Kampars
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue
Suite 2300
Portland, Oregon 97201-5630

    Attorneys for Defendant

HUBEL, Magistrate Judge:

    Plaintiff Jeffrey Morgan brings this employment action against defendant Pitney Bowes, Inc.  Presently before the Court is defendant's motion to dismiss or alternatively, to compel.

1 - FINDINGS & RECOMMENDATION

Defendant's dismissal motion is based on an argument that plaintiff has failed to timely prosecute his case, has failed to timely produce discovery, and has failed to comply with Court-ordered timelines for production of initial disclosures. The motion is based on Federal Rule of Civil Procedure 41(b). Alternatively, defendant moves to compel production of responses to interrogatories served several months ago, and the initial disclosures.

Plaintiff did not respond to the motion. At the time set for oral argument on the motion, plaintiff's counsel represented to the Court that his client intended to dismiss the case with prejudice. Based on this representation, I recommend that the motion to dismiss be granted for the reasons stated in the motion.

## CONCLUSION

I recommend that defendant's motion to dismiss (#10) be granted.

## SCHEDULING ORDER

The above Findings and Recommendation will be referred to a United States District Judge for review. Objections, if any, are due June 28, 2007. If no objections are filed, review of the Findings and Recommendation will go under advisement on that date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2 - FINDINGS & RECOMMENDATION

If objections are filed, a response to the objections is due July 12, 2007, , and the review of the Findings and Recommendation will go under advisement on that date.

IT IS SO ORDERED.

Dated this __13th__ day of __June__, 2007.


                                        /s/ Dennis James Hubel
                                        Dennis James Hubel
                                        United States Magistrate Judge

3 - FINDINGS & RECOMMENDATION