IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY MORGAN,

        Plaintiff,

   v.

PITNEY BOWES, INC.,

        Defendant.

No. CV 06-1725-HU

OPINION & ORDER

**MOSMAN, J.,**

    On June 13, 2007, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#15) in the above-captioned case recommending defendant's motion to dismiss (#10) be GRANTED. No objections were filed.

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

PAGE 1 - OPINION & ORDER

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review, I agree with Judge Hubel's recommendations, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this   11th   day of July, 2007.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION & ORDER